UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



FILED

NOV 16 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES OF AMERICA,

　　　　　　　　　Plaintiff,

　　　　vs.

LUIS SALAZAR JIMENEZ,

　　　　　　　　　Defendant.

CASE NO. 11CR4790-JAH

**JUDGMENT OF DISMISSAL**

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

_X_　of the offense(s) as charged in the Information:

8:1326(a) _____

_____

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/15/2011

Mitchell D. Dembin
U.S. Magistrate Judge

FILED

NOV 15 2011

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY